IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Regency International Marketing, Inc., et al        *

                    vs.                             *         Case No. _____

United States of America                            *
                                              ******

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

☒   I certify, as party/counsel in this case that  Regency Int'l Marketing, Santay Realty, Wigwam, LLC
                                                            (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

☐   The following corporate affiliations exist with _____:
                                                      (name of party)
_____.
                          (names of affiliates)

☐   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
         (names of entities with possible financial interests)

February 17, 2015                                    _____
Date                                                 Signature

                                                     Gerald W. Kelly, Jr.          013836
                                                     *Printed Name*          *Bar Number*

                                                     10320 Little Patuxent Parkway, Suite 608
                                                     *Address*

                                                     Columbia, MD  21044
                                                     *City/State/Zip*

                                                     410-740-8750              866-653-9707
                                                     *Phone No.*                 *Fax No.*